IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. AND CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | Civil Action No. _____ |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Virtuozzo (Cyprus) Limited hereby discloses that it is wholly owned by VZ Hybrid Compute (UK) Limited (formerly known as Parallels Limited) and no publicly held corporation owns 10% or more of its stock..

DATED:  April 9, 2021

*Of Counsel:*

Casey A. Kniser
**LAW OFFICE OF CASEY A. KNISER LLC**
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL 60602
Email: casey@kniserlaw.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff,
Virtuozzo (Cyprus) Limited*

27977916.1