IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-512 (LPS) |
| | ) |
| CLOUD LINUX, INC. AND CLOUD | ) |
| LINUX SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants Cloud Linux, Inc. and Cloud Linux Software, Inc. to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended through and including June 2, 2021.

YOUNG CONAWAY STARGATT & TAYLOR LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen L. Pascale*                                                          */s/ Karen Jacobs*

Karen L. Pascale (#2903)                                                Jack B. Blumenfeld (#1014)
Robert M. Vrana (#5666)                                               Karen Jacobs (#2881)
Rodney Square                                                                 1201 North Market Street
1000 North King Street                                                   P.O. Box 1347
Wilmington, DE 19801                                                    Wilmington, DE 19899
kpascale@ycst.com                                                          (302) 658-9200
rvrana@ycst.com                                                              jblumenfeld@morrisnichols.com
                                                                                            kjacobs@morrisnichols.com

*Attorneys for Plaintiff*
*Virtuozzo (Cyprus) Limited*                                       *Attorneys for Defendants Cloud Linux, Inc. and*
                                                                                           *Cloud Linux Software, Inc.*

April 20, 2021

SO ORDERED this _____ day of April 2021.

_____
Chief, United States District Judge