IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-512 (LPS) |
| ) | |
| CLOUD LINUX, INC. AND CLOUD ) | |
| LINUX SOFTWARE, INC., ) | |
| ) | |
| Defendants. | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants Cloud Linux, Inc. and Cloud Linux Software, Inc. to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended through and including June 17, 2021.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| kpascale@ycst.com | (302) 658-9200 |
| rvrana@ycst.com | jblumenfeld@morrisnichols.com |
| | kjacobs@morrisnichols.com |
| *Attorneys for Plaintiff* | |
| *Virtuozzo (Cyprus) Limited* | *Attorneys for Defendants Cloud Linux, Inc. and Cloud Linux Software, Inc.* |
| May 25, 2021 | |

SO ORDERED this _____ day of May 2021.

_____
Chief, United States District Judge