IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-512 (LPS) |
| | ) |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Cloud Linux Software, Inc. discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Defendant Cloud Linux, Inc. discloses that it is a wholly-owned subsidiary of Cloud Linux Software, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ Karen Jacobs
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

Heidi Keefe
Jeffrey Karr
Lowell Mead
David Murdter
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dustin Knight
COOLEY LLP
Reston Town Center
11951 Freedom Drive
14th Floor
Reston, VA 20190-5640
(703) 456-8000

*Attorneys for Defendants*
*Cloud Linux, Inc. and Cloud Linux*
*Software, Inc.*

June 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>*Attorneys for Plaintiff*<br>*Virtuozzo (Cyprus) Limited* | *VIA ELECTRONIC MAIL* |
| Casey A. Kniser<br>LAW OFFICE OF CASEY A. KNISER LLC<br>111 North Wabash Avenue<br>The Garland Building #1257<br>Chicago, IL 60602<br><br>*Attorneys for Plaintiff*<br>*Virtuozzo (Cyprus) Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*

Karen Jacobs (#2881)