IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-512 (LPS) |
| | ) |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Heidi Keefe, Jeffrey Karr, Lowell Mead, Dustin Knight and David Murdter of COOLEY LLP to represent defendants Cloud Linux, Inc. and Cloud Linux Software, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*
*Cloud Linux, Inc. and Cloud Linux*
*Software, Inc.*

OF COUNSEL:

Heidi Keefe
Jeffrey Karr
Lowell Mead
David Murdter
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000

Dustin Knight
COOLEY LLP
Reston Town Center
11951 Freedom Drive
14th Floor
Reston, VA 20190-5640
(703) 456-8000

June 17, 2021

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Heidi Keefe, Jeffrey Karr, Lowell Mead, Dustin Knight and David Murdter is granted.

Dated: _____  _____

                                                                         Chief, United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/17/21     */s/ Heidi Keefe*
         Heidi Keefe
         COOLEY LLP
         3175 Hanover Street
         Palo Alto, CA  94304-1130
         (650) 843-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/17/21                                       */s/ Jeffrey Karr*
                                                    Jeffrey Karr
                                                    COOLEY LLP
                                                    3175 Hanover Street
                                                    Palo Alto, CA  94304-1130
                                                    (650) 843-5000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/17/21                                   */s/ Lowell Mead*
                                                Lowell Mead
                                                COOLEY LLP
                                                3175 Hanover Street
                                                Palo Alto, CA  94304-1130
                                                (650) 843-5000

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/17/21                          */s/ Dustin Knight*
                                        Dustin Knight
                                        COOLEY LLP
                                        Reston Town Center
                                        11951 Freedom Drive
                                        14th Floor
                                        Reston, VA 20190-5640
                                        (703) 456-8000

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/17/21   */s/ David Murdter*
　　　　　　　　　　　　　　　David Murdter
　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　3175 Hanover Street
　　　　　　　　　　　　　　　Palo Alto, CA  94304-1130
　　　　　　　　　　　　　　　(650) 843-5000

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br><br>*Attorneys for Plaintiff*<br>*Virtuozzo (Cyprus) Limited* | *VIA ELECTRONIC MAIL* |
| Casey A. Kniser<br>LAW OFFICE OF CASEY A. KNISER LLC<br>111 North Wabash Avenue<br>The Garland Building #1257<br>Chicago, IL  60602<br><br>*Attorneys for Plaintiff*<br>*Virtuozzo (Cyprus) Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*

Karen Jacobs (#2881)