

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

July 8, 2021

<u>**VIA CM/ECF**</u>

The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re: *Virtuozzo (Cyprus) Limited v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-512-LPS

      *Virtuozzo International GmbH v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-513-LPS

      **Request for Rule 16 Scheduling Conference**

Dear Judge Stark:

  I write on behalf of the plaintiffs in the above-referenced related patent infringement actions (non-ANDA).  The pleadings in these actions closed on June 17, 2021, when defendants filed their answers (without counterclaims).  *See* D.I. 10 in 21-512; D.I. 10 in 21-513.  There are no pending motions.

  Plaintiffs respectfully request a Rule 16 Scheduling Conference at the Court's convenience, or alternatively, for the Court to issue an Order setting a deadline for Plaintiffs and Defendants to submit a joint proposed scheduling order conforming to the Court's current form of Patent Scheduling Order (non-ANDA).

                Respectfully submitted,

                */s/ Karen L. Pascale*

                Karen L. Pascale (#2903)

cc:  All Counsel of Record via CM/ECF and E-mail

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600     F   302.571.1253     YoungConaway.com

28336900.1