

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

August 4, 2021

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:  *Virtuozzo (Cyprus) Limited v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-512-LPS

           *Virtuozzo International GmbH v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-513-LPS

Dear Judge Stark:

    Pursuant to the Court's Oral Orders of July 21, 2021 (D.I. 15 in 21-512; D.I. 15 in 21-513), the parties' proposed Scheduling Order is filed herewith.

    If there are any questions, the parties are available at the Court's convenience.

                    Respectfully submitted,

                    */s/ Karen L. Pascale*

                    Karen L. Pascale (#2903)

cc:  All Counsel of Record via CM/ECF and E-mail

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

28446095.1