# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-512-LPS |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-513-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2021, copies of:

*Plaintiffs' Initial Identification of the Asserted Patents, Accused Products, and Damages Model*,

were caused to be served upon the following counsel of record by e-mail:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Jack B. Blumenfeld | jblumenfeld@morrisnichols.com |
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

*(Continued . . . .)*

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Jeffrey Karr | jkarr@cooley.com |
| Lowell Mead | lmead@cooley.com |
| David Murdter | dmurdter@cooley.com |
| **COOLEY LLP** | |
| 3175 Hanover Street | |
| Palo Alto, CA 94304-1130 | |
| | |
| Dustin Knight | dknight@cooley.com |
| **COOLEY LLP** | |
| Reston Town Center | |
| 11951 Freedom Drive | |
| 14th Floor | |
| Reston, VA 20190-5640 | |

In addition, this Notice of Service was served upon the above listed counsel of record by email on August 19, 2021.

DATED:  August 19, 2021

*Of Counsel:*

Casey A. Kniser
**LAW OFFICE OF CASEY A. KNISER LLC**
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL 60602
Email: casey@kniserlaw.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiffs, Virtuozzo International GmbH and Virtuozzo (Cyprus) Ltd..*