

|  |
|---|
| **WILMINGTON** |
| RODNEY SQUARE |
| |
| **NEW YORK** |
| ROCKEFELLER CENTER |
| |
| **Karen L. Pascale** |
| P 302.571.5001 |
| F 302.576.3516 |
| kpascale@ycst.com |

August 27, 2021

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Virtuozzo (Cyprus) Limited v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-512-LPS
>
> *Virtuozzo International GmbH v. Cloud Linux, Inc. and Cloud Linux Software, Inc.*, C.A. No. 21-513-LPS

Dear Judge Stark:

It has come to my attention that the parties' proposed Scheduling Order filed on August 4, 2021 and not yet entered by the Court (D.I. 16 in 21-512; D.I. 16 in 21-513) contains an error in paragraph 11 ("Tutorial Describing the Technology and Matters in Issue") which would call for the parties' comments to be filed prior to the due date for the tutorials themselves to be submitted.  Therefore, the parties are today submitting a revised form of proposed Scheduling Order.

There are no changes from the August 4 version except for paragraph 11, and conforming the Chart of Relevant Case Deadlines (at page 17) to reflect the corrected dates in paragraph 11.

If there are any questions, the parties are available at the Court's convenience.

> Respectfully submitted,
>
> */s/ Karen L. Pascale*
>
> Karen L. Pascale (#2903)

cc:  All Counsel of Record via CM/ECF and E-mail

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600     F   302.571.1253     YoungConaway.com

28530774.1