IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-512 (LPS) |
| | ) | |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| VIRTUOZZO INTERNATIONAL GmbH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-513 (LPS) |
| | ) | |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendants Cloud Linux, Inc. and Cloud Linux Software, Inc.'s Rule 26(a)(1) Disclosures* and (2) *Defendants' Core Technical Documents* were caused to be served on September 23, 2021, upon the following in the manner indicated:

Karen L. Pascale                                                    *VIA ELECTRONIC MAIL*
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

*Attorneys for Plaintiff*
*Virtuozzo (Cyprus) Limited*

Casey A. Kniser                                                VIA ELECTRONIC MAIL
LAW OFFICE OF CASEY A. KNISER LLC
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL  60602

*Attorneys for Plaintiff*
*Virtuozzo (Cyprus) Limited*


                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Cameron P. Clark*
                                          _____
                                          Jack B. Blumenfeld (#1014)
OF COUNSEL:                               Karen Jacobs (#2881)
                                          Cameron P. Clark (#6647)
Heidi L. Keefe                            1201 North Market Street
Jeffrey Karr                              P.O. Box 1347
Lowell D. Mead                            Wilmington, DE  19899
David N. Murdter                          (302) 658-9200
COOLEY LLP                                jblumenfeld@morrisnichols.com
3175 Hanover Street                       kjacobs@morrisnichols.com
Palo Alto, CA  94304-1130                 cclark@morrisnichols.com
(650) 843-5000                              *Attorneys for Defendants*
                                            *Cloud Linux, Inc. and Cloud Linux*
Dustin M. Knight                            *Software, Inc.*
COOLEY LLP
11951 Freedom Drive, 16th Floor
Reston, VA  20190
(703) 456-8000

September 23, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2021, upon the following in the manner indicated:

Karen L. Pascale                                                            *VIA ELECTRONIC MAIL*
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

*Attorneys for Plaintiff*
*Virtuozzo International GmbH*


Casey A. Kniser                                                            *VIA ELECTRONIC MAIL*
LAW OFFICE OF CASEY A. KNISER LLC
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL  60602

*Attorneys for Plaintiff*
*Virtuozzo International GmbH*


                                        */s/ Cameron P. Clark*

                                        _____

                                        Cameron P. Clark (#6647)