**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>      Plaintiff,<br><br>      v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>      Defendants. | C. A. No. 21-512-LPS |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>      Plaintiff,<br><br>      v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>      Defendants. | C. A. No. 21-513-LPS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 23, 2021, copies of:

> *Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*,

were caused to be served upon the following counsel of record by e-mail:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Jack B. Blumenfeld | jblumenfeld@morrisnichols.com |
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

*(Continued . . . .)*

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Jeffrey Karr | jkarr@cooley.com |
| Lowell Mead | lmead@cooley.com |
| David Murdter | dmurdter@cooley.com |
| **COOLEY LLP** | |
| 3175 Hanover Street | |
| Palo Alto, CA 94304-1130 | |
| | |
| Dustin Knight | dknight@cooley.com |
| **COOLEY LLP** | |
| Reston Town Center | |
| 11951 Freedom Drive | |
| 14th Floor | |
| Reston, VA 20190-5640 | |

In addition, this Notice of Service was served upon the above listed counsel of record by email on September 23, 2021.

| | |
|---|---|
| DATED: September 23, 2021 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) |
| Casey A. Kniser | Robert M. Vrana (#5666) |
| **LAW OFFICE OF CASEY A. KNISER LLC** | Rodney Square |
| 111 North Wabash Avenue | 1000 North King Street |
| The Garland Building #1257 | Wilmington, Delaware 19801 |
| Chicago, IL 60602 | (302) 571-6600 |
| Email: casey@kniserlaw.com | kpascale@ycst.com |
| | rvrana@ycst.com |
| | *Attorneys for Plaintiffs, Virtuozzo International GmbH and Virtuozzo (Cyprus) Ltd..* |