**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>Defendants. | C. A. No. 21-512-LPS |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>Defendants. | C. A. No. 21-513-LPS |

## STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

Scheduling Order in these matters (D.I. 19 in 21-512; D.I. 19 in 21-513), is amended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Plaintiffs' Initial Infringement Claim Chart | October 7, 2021 | October 28, 2021 |
| Defendants' Initial Invalidity Contentions | December 9, 2021 | January 13, 2022 |
| Exchange Claim Terms and Proposed Constructions | January 13, 2022 | January 20, 2022 |
| Joint Claim Construction Chart | February 3, 2022 | February 10, 2022 |

All other case deadlines and events, including the April 13, 2022 Joint Claim Construction

Brief and the May 5, 2022 *Markman* hearing, remain unchanged.

[SIGNATURES ON FOLLOWING PAGE]

DATED:  October 4, 2021

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiffs,*
*Virtuozzo (Cyprus) Limited and*
*Virtuozzo International GmbH*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants, Cloud Linux, Inc.*
*and Cloud Linux Software, Inc.*

SO ORDERED this _____ day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE