# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>                Plaintiff,<br><br>      v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>                Defendants. | C.A. No. 21-512-LPS |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the Plaintiff, **Virtuozzo (Cyprus) Limited**, in this matter:

>James R. Batchelder
>Andrew T. Radsch
>**ROPES & GRAY LLP**
>1900 University Avenue
>6th Floor
>East Palo Alto, California  94303-2284
>Telephone: 650-617-4000
>James.Batchelder@ropesgray.com
>Andrew.Radsch@ropesgray.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

| | |
|---|---|
| Dated: October 6, 2021 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) [kpascale@ycst.com] |
| | Robert M. Vrana (#5666) [rvrana@ycst.com] |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| | *Attorneys for Plaintiff,* |
| | VIRTUOZZO (CYPRUS) LIMITED |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of James R. Batchelder and Andrew T. Radsch is GRANTED.

Date: October _____, 2021

_____
UNITED STATES DISTRICT JUDGE

28632302.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the California bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  October 5, 2021

                                                      */s/ James R. Batchelder*
                                                   James R. Batchelder
                                                   **ROPES & GRAY LLP**
                                                   1900 University Avenue
                                                   6th Floor
                                                   East Palo Alto, California  94303-2284
                                                   Telephone: 650-617-4000
                                                   James.Batchelder@ropesgray.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the California bar and the New York bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  October 5, 2021

                                                        */s/ Andrew T. Radsch*
                                                        Andrew T. Radsch
                                                        **ROPES & GRAY LLP**
                                                        1900 University Avenue
                                                        6th Floor
                                                        East Palo Alto, California  94303-2284
                                                        Telephone: 650-617-4000
                                                        Andrew.Radsch@ropesgray.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 6, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by e-mail:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Jack B. Blumenfeld | jblumenfeld@morrisnichols.com |
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Jeffrey Karr | jkarr@cooley.com |
| Lowell Mead | lmead@cooley.com |
| David Murdter | dmurdter@cooley.com |

**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130

| | |
|---|---|
| Dustin Knight | dknight@cooley.com |

**COOLEY LLP**
Reston Town Center
11951 Freedom Drive
14th Floor
Reston, VA 20190-5640

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Plaintiff,*
*Virtuozzo International GmbH*

28387275.1