IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-512 (LPS) |
| | ) |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| VIRTUOZZO INTERNATIONAL GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-513 (LPS) |
| | ) |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants Cloud Linux, Inc. and Cloud Linux Software, Inc.'s Identification of Proposed Claim Terms and Constructions* were caused to be served on January 20, 2022, upon the following in the manner indicated:

Karen L. Pascale                                                                                   *VIA ELECTRONIC MAIL*
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

Casey A. Kniser                                                                                    *VIA ELECTRONIC MAIL*
LAW OFFICE OF CASEY A. KNISER LLC
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL  60602
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

James R. Bachelder                                                                                 *VIA ELECTRONIC MAIL*
Andrew T. Radsch
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Cameron P. Clark*

                                              _____
OF COUNSEL:                                                                    Jack B. Blumenfeld (#1014)
                                              Karen Jacobs (#2881)
Heidi L. Keefe                                                                     Cameron P. Clark (#6647)
Jeffrey Karr                                                                        1201 North Market Street
Lowell D. Mead                                                                 P.O. Box 1347
David N. Murdter                                                              Wilmington, DE  19899
COOLEY LLP                                                                      (302) 658-9200
3175 Hanover Street                                                         jblumenfeld@morrisnichols.com
Palo Alto, CA  94304-1130                                               kjacobs@morrisnichols.com
(650) 843-5000                                                                  cclark@morrisnichols.com
  *Attorneys for Defendants*
  *Cloud Linux, Inc. and Cloud Linux*
Dustin M. Knight                                                                *Software, Inc.*
COOLEY LLP
11951 Freedom Drive, 16th Floor
Reston, VA  20190
(703) 456-8000

January 21, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale<br>Robert M. Vrana<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>  *Attorneys for Plaintiffs*<br>  *Virtuozzo (Cyprus) Limited and*<br>  *Virtuozzo International GmbH* | *VIA ELECTRONIC MAIL* |
| Casey A. Kniser<br>LAW OFFICE OF CASEY A. KNISER LLC<br>111 North Wabash Avenue<br>The Garland Building #1257<br>Chicago, IL  60602<br>  *Attorneys for Plaintiffs*<br>  *Virtuozzo (Cyprus) Limited and*<br>  *Virtuozzo International GmbH* | *VIA ELECTRONIC MAIL* |
| James R. Bachelder<br>Andrew T. Radsch<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303-2284<br>  *Attorneys for Plaintiffs*<br>  *Virtuozzo (Cyprus) Limited and*<br>  *Virtuozzo International GmbH* | *VIA ELECTRONIC MAIL* |

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)