# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　　Defendants. | C. A. No. 21-512-LPS |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　　Defendants. | C. A. No. 21-513-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2022, copies of:

*Plaintiffs Virtuozzo International GmbH and Virtuozzo (Cyprus) Limited's Identification of Claim Terms/Phrases and Proposed Constructions*

were caused to be served upon the following counsel of record by e-mail:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Lowell Mead | lmead@cooley.com |

**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130

*(Continued . . . .)*

| | |
|---|---|
| Dustin Knight<br>**COOLEY LLP**<br>Reston Town Center<br>11951 Freedom Drive<br>14th Floor<br>Reston, VA 20190-5640 | dknight@cooley.com |

In addition, this Notice of Service was served upon the below-listed counsel of record by email on January 21, 2022:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Jack B. Blumenfeld | jblumenfeld@morrisnichols.com |
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Jeffrey Karr | jkarr@cooley.com |
| Lowell Mead | lmead@cooley.com |
| David Murdter | dmurdter@cooley.com |

**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130

| | |
|---|---|
| Dustin Knight | dknight@cooley.com |

**COOLEY LLP**
Reston Town Center
11951 Freedom Drive
14th Floor
Reston, VA 20190-5640

29023997.1                                            2

| | |
|---|---|
| DATED:  January 21, 2022 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) |
| Casey A. Kniser | Robert M. Vrana (#5666) |
| **LAW OFFICE OF CASEY A. KNISER LLC** | Rodney Square |
| 111 North Wabash Avenue | 1000 North King Street |
| The Garland Building #1257 | Wilmington, Delaware 19801 |
| Chicago, IL 60602 | (302) 571-6600 |
| Email: casey@kniserlaw.com | kpascale@ycst.com |
| | rvrana@ycst.com |
| James R. Batchelder | |
| Andrew T. Radsch | *Attorneys for Plaintiffs, Virtuozzo International GmbH and Virtuozzo (Cyprus) Ltd..* |
| **ROPES & GRAY LLP** | |
| 1900 University Avenue | |
| 6th Floor | |
| East Palo Alto, California  94303-2284 | |
| (650) 617-4000 | |
| James.Batchelder@ropesgray.com | |
| Andrew.Radsch@ropesgray.com | |