# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

KAREN JACOBS
(302) 351-9227
(302) 425-4681 FAX
kjacobs@morrisnichols.com

February 8, 2022

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

> Re:   *Virtuozzo (Cyprus) Limited v. Cloud Linux, Inc. et al.*, C.A. No. 21-512
> (LPS); *Virtuozzo International GmbH v. Cloud Linux, Inc. et al.*, C.A. No.
> 21-513 (LPS)

Dear Judge Stark:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on February 1, 2022. Delaware counsel included Karen Jacobs on behalf of Defendants and Karen Pascale on behalf of Plaintiffs.  Lead counsel included Heidi Keefe and Lowell Mead on behalf of Defendants and Casey Kniser on behalf of Plaintiffs.

The disputes requiring judicial attention are identified below:

- Defendants move to compel Plaintiffs to amend their infringement contentions in view of certain asserted deficiencies.
- Plaintiffs move to compel Defendants to amend their invalidity contentions in view of certain asserted deficiencies.

The Honorable Leonard P. Stark
February 8, 2022
Page 2

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

KJ/lmo

cc:     All Counsel of Record (by CM/ECF and email)