IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>   Plaintiff,<br><br>  v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>   Defendants. | C. A. No. 21-512-LPS |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>   Plaintiff,<br><br>  v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>   Defendants. | C. A. No. 21-513-LPS |

**STIPULATION TO AMEND SCHEDULING ORDER**

  WHEREAS, the Court recently granted the parties' stipulation to extend the deadline for submission of tutorials on the technology at issue from February 17, 2022 (the date of Plaintiffs' Opening Claim Construction Brief) to April 13, 2022 (the date of the Joint Claim Construction Brief) (*see* D.I. 29 in 21-512 and D.I. 29 in 21-513, entered February 14, 2022); and

  WHEREAS, the parties respectfully request an extension of the related deadline for submission of comments on the opposing party's tutorial;

  IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order in these matters (D.I. 19 in 21-512; D.I. 19 in 21-513), as amended (D.I. 23 and 29 in 21-512; D.I. 23 and 29 in 21-513) is further amended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Comments on opposing party's technology tutorial | March 10, 2022 [= date of Defendants' Answering Claim Construction Brief] | April 20, 2022 [= 7 days after submission of technology tutorials and filing of Joint Claim Construction Brief] |

All other case deadlines and events, including the April 13, 2022 Joint Claim Construction Brief and the May 5, 2022 *Markman* hearing, remain unchanged.

DATED: February 15, 2022

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | Cameron P. Clark (#6647) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kpascale@ycst.com | Wilmington, DE 19899 |
| rvrana@ycst.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | kjacobs@morrisnichols.com |
| | cclark@morrisnichols.com |
| *Attorneys for Plaintiffs,* | |
| *Virtuozzo (Cyprus) Limited and* | *Attorneys for Defendants, Cloud Linux, Inc.* |
| *Virtuozzo International GmbH* | *and Cloud Linux Software, Inc.* |

SO ORDERED this _____ day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE