IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIRTUOZZO (CYPRUS) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-512 (LPS) |
| | ) | |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| VIRTUOZZO INTERNATIONAL GmbH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-513 (LPS) |
| | ) | |
| CLOUD LINUX, INC. and CLOUD LINUX SOFTWARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' Answering Claim Construction Brief* and (2) *Expert Declaration of Jeffrey S. Chase, Ph.D. on Claim Construction* were caused to be served on March 10, 2022, upon the following in the manner indicated:

Karen L. Pascale                                              *VIA ELECTRONIC MAIL*
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
 *Attorneys for Plaintiffs*
 *Virtuozzo (Cyprus) Limited and*
 *Virtuozzo International GmbH*

Casey A. Kniser                                                      *VIA ELECTRONIC MAIL*
LAW OFFICE OF CASEY A. KNISER LLC
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL  60602
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

James R. Bachelder                                                  *VIA ELECTRONIC MAIL*
Andrew T. Radsch
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Cameron P. Clark*

                                                 _____
                                                 Jack B. Blumenfeld (#1014)
                                                 Karen Jacobs (#2881)
OF COUNSEL:                                      Cameron P. Clark (#6647)
                                                 1201 North Market Street
Heidi L. Keefe                                   P.O. Box 1347
Jeffrey Karr                                     Wilmington, DE  19899
Lowell D. Mead                                   (302) 658-9200
David N. Murdter                                 jblumenfeld@morrisnichols.com
COOLEY LLP                                       kjacobs@morrisnichols.com
3175 Hanover Street                              cclark@morrisnichols.com
Palo Alto, CA  94304-1130                          *Attorneys for Defendants*
(650) 843-5000                                     *Cloud Linux, Inc. and Cloud Linux*
                                                   *Software, Inc.*

Dustin M. Knight
COOLEY LLP
11951 Freedom Drive, 16th Floor
Reston, VA  20190
(703) 456-8000

March 10, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2022, upon the following in the manner indicated:

Karen L. Pascale                                                    *VIA ELECTRONIC MAIL*
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

Casey A. Kniser                                                    *VIA ELECTRONIC MAIL*
LAW OFFICE OF CASEY A. KNISER LLC
111 North Wabash Avenue
The Garland Building #1257
Chicago, IL  60602
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*

James R. Bachelder                                                 *VIA ELECTRONIC MAIL*
Andrew T. Radsch
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
  *Attorneys for Plaintiffs*
  *Virtuozzo (Cyprus) Limited and*
  *Virtuozzo International GmbH*


                                        */s/ Cameron P. Clark*

                                        _____
                                        Cameron P. Clark (#6647)