IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

VIRTUOZZO (CYPRUS) LIMITED

V.

CLOUD LINUX, INC., ET AL.

Civil Action No. 1:21-CV-00512

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Joshua D. Wolson of the United States District Court for the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

s/ Michael A. Chagares<br>
Michael A. Chagares, Chief Judge<br>
United States Court of Appeals<br>
For the Third Circuit

Dated:  March 14, 2022