IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-513-JDW |

**STIPULATION AND ORDER
STAYING ALL CASE DEADLINES AND EVENTS**

WHEREAS, on September 16, 2021, the Court entered a Scheduling Order in the above-captioned actions (the "Actions") (D.I. 19 in 21-512; D.I. 19 in 21-513), which has been subsequently amended (D.I. 23, 29, and 32 in 21-512; D.I. 23, 29, and 32 in 21-513); and

WHEREAS, the parties have agreed in principle to settlement terms to resolve the Actions, and believe that a stay of all deadlines and events for thirty (30) days from the date of this Stipulation would serve judicial economy and permit the parties to focus on finalizing the settlement;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all deadlines and events in the Actions are stayed through April 20, 2022. If Stipulations of Dismissal are not filed by that date, the parties shall submit a joint status report by April 20, 2022.

29198428.1

1

DATED: March 21, 2022

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Cameron P. Clark* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | Cameron P. Clark (#6647) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kpascale@ycst.com | Wilmington, DE 19899 |
| rvrana@ycst.com | (302) 658-9200 |
|  | jblumenfeld@morrisnichols.com |
|  | kjacobs@morrisnichols.com |
| *Attorneys for Plaintiffs,* | cclark@morrisnichols.com |
| *Virtuozzo (Cyprus) Limited and* |  |
| *Virtuozzo International GmbH* | *Attorneys for Defendants, Cloud Linux, Inc.* |
|  | *and Cloud Linux Software, Inc.* |

SO ORDERED this __22nd__ day of March, 2022.

*/s/ Joshua D. Wolson*
UNITED STATES DISTRICT JUDGE
