# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-513-JDW |

## JOINT STATUS REPORT AND JOINT MOTION TO EXTEND STAY

In accordance with the Court's Order of March 22, 2022 (D.I. 37 in 21-512; D.I. 39 in 21-513), the parties respectfully submit this Joint Status Report, and also jointly request that the Court continue to stay these actions through and including June 30, 2022.

A settlement agreement that resolves these patent infringement actions has been finalized. However, the settlement agreement does not become effective until the Delaware Court of Chancery approves the resolution of a pending corporate dispute between related parties (*Serguei Beloussov et al. v. Peter Bauert et al.*, Del. Ch., C.A. No. 2021-0512-PAF). A hearing regarding the proposed settlement of the Court of Chancery action is currently scheduled for June 23, 2022, and approval is anticipated on or shortly after that date. Therefore, the parties respectfully request the Court to keep the stay of litigation in place in these actions through June 30, 2022. A proposed form of Order is submitted herewith.

DATED: April 20, 2022

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | Cameron P. Clark (#6647) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kpascale@ycst.com | Wilmington, DE 19899 |
| rvrana@ycst.com | (302) 658-9200 |
|  | jblumenfeld@morrisnichols.com |
|  | kjacobs@morrisnichols.com |
|  | cclark@morrisnichols.com |

*Attorneys for Plaintiffs,*
*Virtuozzo (Cyprus) Limited and*
*Virtuozzo International GmbH*

*Attorneys for Defendants, Cloud Linux, Inc.*
*and Cloud Linux Software, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-513-JDW |

## **[PROPOSED] ORDER**

AND NOW, this _____ day of April, 2022, the Court having reviewed the parties' "Joint Status Report and Joint Motion to Extend Stay" (D.I. _____ in 21-512; D.I. _____ in 21-513);

IT IS HEREBY ORDERED as follows:

1. The stay of these actions shall continue through and including June 30, 2022.

2. If Stipulations of Dismissal are not filed in these actions on or before June 30, 2022, the parties shall file another Joint Status Report on that date.


_____
UNITED STATES DISTRICT JUDGE

29284057.1