## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>Defendants. | C. A. No. 21-513-JDW |

## ORDER

AND NOW, this __21st__ day of April, 2022, the Court having reviewed the parties' "Joint

Status Report and Joint Motion to Extend Stay" (D.I. __38__ in 21-512; D.I. __40__ in 21-513);

IT IS HEREBY ORDERED as follows:

1.     The stay of these actions shall continue through and including June 30, 2022.

2.     If Stipulations of Dismissal are not filed in these actions on or before June 30,

2022, the parties shall file another Joint Status Report on that date.


_____
/s/ Joshua D. Wolson
UNITED STATES DISTRICT JUDGE

29284057.1