## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>       Plaintiff,<br><br>       v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>       Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>       Plaintiff,<br><br>       v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>       Defendants. | C. A. No. 21-513-JDW |

**SECOND JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

In accordance with the Court's Order of April 21, 2022 (D.I. 39 in 21-512; D.I. 41 in 21-513), the parties respectfully submit this Joint Status Report, and also jointly request that the Court continue to stay these actions through and including August 23, 2022.

On June 23, 2022, the Delaware Court of Chancery approved the settlement of the Cloud Linux derivative action (*Serguei Beloussov et al. v. Peter Bauert et al.*, Del. Ch., C.A. No. 2021-0512-PAF).  Pursuant to related settlement agreement terms, the parties expect to jointly dismiss the above-captioned actions no later than August 23, 2023.

Therefore, the parties respectfully request the Court to keep the stay of litigation in place in these actions through August 23, 2022.  A proposed form of Order is submitted herewith.

DATED: June 29, 2022

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | Cameron P. Clark (#6647) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kpascale@ycst.com | Wilmington, DE 19899 |
| rvrana@ycst.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs,* | kjacobs@morrisnichols.com |
| *Virtuozzo (Cyprus) Limited and* | cclark@morrisnichols.com |
| *Virtuozzo International GmbH* | |
| | *Attorneys for Defendants, Cloud Linux, Inc.* |
| | *and Cloud Linux Software, Inc.* |