IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>    Defendants. | C. A. No. 21-513-JDW |

**[PROPOSED] ORDER**

AND NOW, this _____ day of June, 2022, the Court having reviewed the parties' "Second Joint Status Report and Motion to Extend Stay" (D.I. _____ in 21-512; D.I. _____ in 21-513);

IT IS HEREBY ORDERED as follows:

1.   The stay of these actions shall continue through and including August 23, 2022.

2.   If Stipulations of Dismissal are not filed in these actions on or before August 23, 2022, the parties shall file another Joint Status Report on that date.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 29, 2022, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by e-mail:

*For Defendants, Cloud Linux, Inc. and Cloud Linux Software, Inc.:*

| | |
|---|---|
| Jack B. Blumenfeld | jblumenfeld@morrisnichols.com |
| Karen A. Jacobs | kjacobs@morrisnichols.com |
| Cameron P. Clark | cclark@morrisnichols.com |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Heidi Keefe | hkeefe@cooley.com |
| Jeffrey Karr | jkarr@cooley.com |
| Lowell Mead | lmead@cooley.com |
| David Murdter | dmurdter@cooley.com |

**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130

| | |
|---|---|
| Dustin Knight | dknight@cooley.com |

**COOLEY LLP**
Reston Town Center
11951 Freedom Drive
14th Floor
Reston, VA 20190-5640

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Plaintiffs,*
*Virtuozzo (Cyprus) Limited (21-512-LPS) and*
*Virtuozzo International GmbH (21-513-LPS)*