IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-513-JDW |

## ORDER

AND NOW, this __30th__ day of June, 2022, the Court having reviewed the parties' "Second Joint Status Report and Motion to Extend Stay" (D.I. __40__ in 21-512; D.I. __42__ in 21-513);

IT IS HEREBY ORDERED as follows:

1. The stay of these actions shall continue through and including August 23, 2022.

2. If Stipulations of Dismissal are not filed in these actions on or before August 23, 2022, the parties shall file another Joint Status Report on that date.

　　　　　　　　　　　　　　　　　　　　__/s/ Joshua D. Wolson__
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE