## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRTUOZZO (CYPRUS) LIMITED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-512-JDW |
| VIRTUOZZO INTERNATIONAL GMBH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CLOUD LINUX, INC. and<br>CLOUD LINUX SOFTWARE, INC.,<br><br>　　　　Defendants. | C. A. No. 21-513-JDW |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

　　Plaintiff Virtuozzo (Cyprus) Limited, Plaintiff Virtuozzo International GmbH, and Defendants Cloud Linux, Inc. and Cloud Linux Software, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned actions, including any counterclaims and affirmative defenses thereto, with each party to bear its own costs, expenses, and attorney's fees.

DATED: August 8, 2022

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Karen Jacobs (#2881) |
| Rodney Square | Cameron P. Clark (#6647) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kpascale@ycst.com | Wilmington, DE 19899 |
| rvrana@ycst.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | kjacobs@morrisnichols.com |
| *Attorneys for Plaintiffs,* | cclark@morrisnichols.com |
| *Virtuozzo (Cyprus) Limited and* | |
| *Virtuozzo International GmbH* | *Attorneys for Defendants, Cloud Linux, Inc.* |
| | *and Cloud Linux Software, Inc.* |

SO ORDERED this   8th   day of August, 2022.

                                                           */s/ Joshua D. Wolson*
                                                   UNITED STATES DISTRICT JUDGE